IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JAMES ARTHUR MATTSON,                  No   C 08-4331 VRW

          Plaintiff,                        ORDER

     v

UNITED STATES FEDERAL BUREAU OF
INVESTIGATION,

          Defendant.
                                       /
```

On May 11, 2009, the court granted summary judgment in part in favor of defendant regarding the sufficiency of its production of documents under the Freedom of Information Act (FOIA), 5 USC § 552. Doc #19. The court ordered defendant to produce two additional pages to satisfy its obligations under FOIA. Id at 10. Defendant produced the pages to plaintiff on May 26, 2009. Doc #20.

Defendant has complied with the court's May 11 order and has satisfied its obligations under FOIA.  Accordingly, the clerk is DIRECTED to enter judgment in favor of defendant, terminate all motions and close the file.

**IT IS SO ORDERED.**

VAUGHN R WALKER
United States District Chief Judge